**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

_____ Northern District Of Illinois _____

Case number (*if known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | JASON _____ First name  LEE _____ Middle name  WARRICK _____ Last name  _____ Suffix (Sr., Jr., II, III) | ALEXANDRA _____ First name  NICHOL _____ Middle name  WARRICK _____ Last name  _____ Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. | _____ First name  _____ Middle name  _____ Last name  _____ First name  _____ Middle name  _____ Last name | _____ First name  _____ Middle name  _____ Last name  _____ First name  _____ Middle name  _____ Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 1 1 8 6  OR  9 xx – xx – ___ ___ ___ ___ | xxx – xx – 5 8 0 8  OR  9 xx – xx – ___ ___ ___ ___ |

Debtor 1    <u>JASON LEE WARRICK</u>

First Name    Middle Name    Last Name

Case number (if known) _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** Include trade names and *doing business as* names | ☒ I have not used any business names or EINs. _____ Business name _____ Business name EIN __ __ – __ __ __ __ __ __ __ EIN __ __ – __ __ __ __ __ __ __ | ☒ I have not used any business names or EINs. _____ Business name _____ Business name EIN __ __ – __ __ __ __ __ __ __ EIN __ __ – __ __ __ __ __ __ __ |

**5. Where you live**

About Debtor 1:

<u>530 TWILIGHT DR., APT. H</u>
Number    Street

<u>MORRIS</u>      <u>IL</u>    <u>60450</u>
City      State    ZIP Code

<u>GRUNDY</u>
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City      State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number    Street

_____
City      State    ZIP Code

_____
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City      State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)
_____
_____
_____

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)
_____
_____
_____

| | | Case number (if known) _____ |
|---|---|---|
| Debtor 1 | JASON LEE WARRICK | |
| | First Name    Middle Name         Last Name | |

## Part 2:  Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form B2010)). Also, go to the top of page 1 and check the appropriate box.

- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay Your Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☐ No
- ☒ Yes.   District  See Attachment 1   When  10/27/2012   Case number  12-42696
          MM / DD / YYYY
          District _____   When _____   Case number _____
          MM / DD / YYYY
          District _____   When _____   Case number _____
          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☒ No
- ☐ Yes.   Debtor _____   Relationship to you _____
          District _____   When _____   Case number, if known _____
                                     MM / DD / YYYY

          Debtor _____   Relationship to you _____
          District _____   When _____   Case number, if known _____
                                     MM / DD / YYYY

**11. Do you rent your residence?**

- ☐ No.   Go to line 12.
- ☒ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?
          - ☒ No. Go to line 12.
          - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1 ___JASON LEE WARRICK_____
          First Name    Middle Name    Last Name

Case number (if known)_____

## Part 3:   Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number       Street

_____

_____
City                                State     ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☒ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:   Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No

☐ Yes.  What is the hazard?  _____

_____

If immediate attention is needed, why is it needed? _____

_____

_____

Where is the property? _____
                        Number      Street

_____

_____
City                              State    ZIP Code

Official Form 101          **Voluntary Petition for Individuals Filing for Bankruptcy**          page 4

Debtor 1    JASON LEE WARRICK           Case number (if known)_____

First Name   Middle Name   Last Name

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    __JASON LEE WARRICK__           Case number *(if known)*_____
First Name     Middle Name        Last Name

---

**Part 6:**   **Answer These Questions for Reporting Purposes**

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☒ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

---

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No.  I am not filing under Chapter 7. Go to line 18.

☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☒ Yes

---

**18. How many creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**Part 7:**   **Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ /s/JASON LEE WARRICK
Signature of Debtor 1

✗ /s/ALEXANDRA NICHOL WARRICK
Signature of Debtor 2

Executed on __10/07/2016__
     MM / DD /YYYY

Executed on __10/07/2016__
     MM / DD /YYYY

---

Debtor 1    JASON LEE WARRICK
First Name    Middle Name    Last Name

Case number (if known)_____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**✗** s/James M. Durkee          Date    10/07/2016
Signature of Attorney for Debtor          MM / DD / YYYY

James M. Durkee
Printed name

Malmquist and Geiger
Firm name

415 Liberty St.
Number    Street

Morris          IL          60450
City          State          ZIP Code

Contact phone (815) 942-5072          Email address  jimdurkee@mglawoffices.com

6296297          IL
Bar number          State

Attachment
Debtor: JASON LEE WARRICK        Case No:

Attachment 1
NORTHERN DISTRICT OF ILLINOIS

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | JASON | LEE | WARRICK |
| | First Name | Middle Name | Last Name |
| Debtor 2 | ALEXANDRA | NICHOL | WARRICK |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☒ No. Go to Part 2.
☐ Yes. Where is the property?

**1.1.** _____
Street address, if available, or other description

_____

_____
City          State   ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **Current value of the portion you own?**

$_____   $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

**1.2.** _____
Street address, if available, or other description

_____

_____
City          State   ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **Current value of the portion you own?**

$_____   $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property (see instructions)

Debtor 1    JASON    LEE    WARRICK    Case number (if known)_____
First Name    Middle Name    Last Name

---

1.3. _____
Street address, if available, or other description

_____

_____

_____
City          State    ZIP Code

_____

_____
County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. .................................................. →    $_____

---

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
- ☐ No
- ☒ Yes

3.1. Make:    CHRYSLER
     Model:    See
     Year:    2006
     Approximate mileage:    135000
     Other information:
     [                    ]

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,092.00 | $1,092.00 |

If you own or have more than one, describe here:

3.2. Make:    PONTIAC
     Model:    GRAND PRIX
     Year:    2000
     Approximate mileage:    150000
     Other information:
     [                    ]

**Who has an interest in the property?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $2,500.00 | $2,500.00 |

---

Official Form 106A/B                Schedule A/B: Property                page 2

Debtor 1    JASON    LEE      WARRICK                    Case number (if known)_____
         First Name   Middle Name   Last Name

---

3.3.  Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[box]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$_____     $_____

---

3.4.  Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[box]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$_____     $_____

---

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

4.1.  Make: _____

Model: _____

Year: _____

Other information:

[box]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$_____     $_____

---

If you own or have more than one, list here:

4.2.  Make: _____

Model: _____

Year: _____

Other information:

[box]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$_____     $_____

---

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ................................................→    $3,592.00

---

Official Form 106A/B                    Schedule A/B: Property                    page 3

Debtor 1    JASON    LEE    WARRICK
　　　　　First Name    Middle Name    Last Name

Case number *(if known)*_____

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   - ☐ No
   - ☒ Yes. Describe......... HOUSEHOLD GOODS FOR FAMILY OF 4 (INCLUDES BUT NOT LIMITED TO COUCH, TV, CHAIR, TABLE, BEDS)    $1,000.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   - ☒ No
   - ☐ Yes. Describe.........    $_____

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   - ☒ No
   - ☐ Yes. Describe.........    $_____

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   - ☒ No
   - ☐ Yes. Describe.........    $_____

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    - ☒ No
    - ☐ Yes. Describe.........    $_____

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    - ☐ No
    - ☒ Yes. Describe......... CLOTHES FOR FAMILY OF 4    $500.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    - ☐ No
    - ☒ Yes. Describe......... PERSONAL JEWELRY    $500.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    - ☒ No
    - ☐ Yes. Describe.........    $_____

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    - ☒ No
    - ☐ Yes. Give specific information...............    $_____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ......................................... →    $2,000.00

Debtor 1   JASON    LEE      WARRICK
          First Name   Middle Name   Last Name                        Case number (if known)_____

## Part 4:   Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☒ Yes............................................................................................................................ Cash: ...................... $650.00

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes.....................          Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | FIRST MIDWEST BANK | $55.00 |
| 17.2. Checking account: | FIRST MIDWEST BANK | $867.00 |
| 17.3. Savings account: | FIRST MIDWEST BANK | $650.00 |
| 17.4. Savings account: | | $ |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | | $ |
| 17.7. Other financial account: | | $ |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes.................          Institution or issuer name:

$
$
$

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☒ No
☐ Yes. Give specific information about them. ........................

| Name of entity: | % of ownership: | |
|---|---|---|
| | _____% | $ |
| | _____% | $ |
| | _____% | $ |

Debtor 1    **JASON    LEE    WARRICK**                          Case number *(if known)*_____
_____ First Name  Middle Name  Last Name

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific    Issuer name:
information about
them.....................    _____    $_____
_____    $_____
_____    $_____

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No
☐ Yes. List each    Type of account:    Institution name:
account separately..
401(k) or similar plan:  _____    $_____
Pension plan:    _____    $_____
IRA:    _____    $_____
Retirement account:  _____    $_____
Keogh:    _____    $_____
Additional account:  _____    $_____
Additional account:  _____    $_____

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☒ No
☐ Yes...........................    Institution name or individual:
Electric:    _____    $_____
Gas:    _____    $_____
Heating oil:    _____    $_____
Security deposit on rental unit: _____    $_____
Prepaid rent:    _____    $_____
Telephone:    _____    $_____
Water:    _____    $_____
Rented furniture:  _____    $_____
Other:    _____    $_____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes...........................    Issuer name and description:
_____    $_____
_____    $_____
_____    $_____

Official Form 106A/B        **Schedule A/B: Property**        page 6

Debtor 1    JASON    LEE    WARRICK    Case number (if known)_____
_____    _____    _____
First Name    Middle Name    Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☒ No
    ☐ Yes ..................................    Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

    _____    $_____
    _____    $_____
    _____    $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☒ No
    ☐ Yes. Give specific information about them. ..    _____    $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☒ No
    ☐ Yes. Give specific information about them. ..    _____    $_____

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☒ No
    ☐ Yes. Give specific information about them. ..    _____    $_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ☒ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ....................

    Federal:    $_____
    State:    $_____
    Local:    $_____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☒ No
    ☐ Yes. Give specific information. .............

    Alimony:    $_____
    Maintenance:    $_____
    Support:    $_____
    Divorce settlement:    $_____
    Property settlement:    $_____

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☒ No
    ☐ Yes. Give specific information. .............    _____    $_____

Debtor 1  <u>JASON</u>   <u>LEE</u>    <u>WARRICK</u>
           First Name   Middle Name   Last Name

Case number (if known)_____

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☒ No
☐ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No
☐ Yes. Give specific information. ............ | _____ | $_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No
☐ Yes. Describe each claim. .................... | _____ | $_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No
☐ Yes. Describe each claim. ................. | _____ | $_____

**35. Any financial assets you did not already list**

☒ No
☐ Yes. Give specific information. ........... | _____ | $_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...........................................................................................  ➔  | $2,222.00 |

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
☒ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☒ No
☐ Yes. Describe....... | _____ | $_____

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☒ Yes. Describe....... | OFFICE EQUIPMENT, COMPUTER | $500.00

| Debtor 1 | JASON | LEE | WARRICK | | Case number (if known) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☒ No
☐ Yes. Describe.......                                                                 $_____

**41. Inventory**

☒ No
☐ Yes. Describe......                                                                  $_____

**42. Interests in partnerships or joint ventures**

☒ No
☐ Yes. Describe.......      Name of entity:                          % of ownership:

    _____        ____%      $_____
    _____        ____%      $_____
    _____        ____%      $_____

**43. Customer lists, mailing lists, or other compilations**

☒ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

    ☒ No
    ☐ Yes. Describe.........                                              $_____

**44. Any business-related property you did not already list**

☒ No
☐ Yes. Give specific
      information .........   _____    $_____
                             _____    $_____
                             _____    $_____
                             _____    $_____
                             _____    $_____

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached   →   $ 500.00
for Part 5. Write that number here ........................................................................................................

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to Part 7.
☐ Yes. Go to line 47.

Current value of the
portion you own?
Do not deduct secured claims
or exemptions.

**47. Farm animals**
*Examples*: Livestock, poultry, farm-raised fish

☒ No
☐ Yes.......................                                              $_____

Official Form 106A/B                    Schedule A/B: Property                    page 9

Debtor 1    JASON   LEE      WARRICK                            Case number (if known)_____
            First Name  Middle Name  Last Name

**48. Crops—either growing or harvested**

☒ No
☐ Yes. Give specific
  information. ..........    [                        ]    $_____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☒ No
☐ Yes.....................    [                        ]    $_____

**50. Farm and fishing supplies, chemicals, and feed**

☒ No
☐ Yes.....................    [                        ]    $_____

**51. Any farm- and commercial fishing-related property you did not already list**

☒ No
☐ Yes. Give specific
  information. ..........    [                        ]    $_____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
for Part 6. Write that number here**    →    $0.00

---

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☒ No                                                        $_____
☐ Yes. Give specific                                        $_____
  information. ..........    [                        ]      $_____

**54. Add the dollar value of all of your entries from Part 7. Write that number here** .............    →    $_____

---

**Part 8:    List the Totals of Each Part of this Form**

**55. Part 1: Total real estate, line 2**............................................    →    $0.00

**56. Part 2: Total vehicles, line 5**                          $3,592.00

**57. Part 3: Total personal and household items, line 15**    $2,000.00

**58. Part 4: Total financial assets, line 36**                $2,222.00

**59. Part 5: Total business-related property, line 45**       $500.00

**60. Part 6: Total farm- and fishing-related property, line 52**  $0.00

**61. Part 7: Total other property not listed, line 54**       + $0.00

**62. Total personal property.** Add lines 56 through 61. ...............    $8,314.00    Copy personal property total →    + $8,314.00

**63. Total of all property on Schedule A/B.** Add line 55 + line 62. ..........................................    $8,314.00

---

Official Form 106A/B                    Schedule A/B: Property                    page **10**

Attachment
Debtor: JASON LEE WARRICK        Case No:

Attachment 1

TOWN AND COUNTRY

**Fill in this information to identify your case:**

| Debtor 1 | JASON | LEE | WARRICK |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | ALEXANDRA | NICHOL | WARRICK |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(If known)

☐ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:**    **Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
    ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: See Attachment 1<br>Line from *Schedule A/B*: 3.1 | $1,092.00 | ☒ $ 1,092.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(c) |
| Brief description: See Attachment 2<br>Line from *Schedule A/B*: 6 | $1,000.00 | ☒ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: See Attachment 3<br>Line from *Schedule A/B*: 11 | $500.00 | ☒ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |

3. **Are you claiming a homestead exemption of more than $160,375?**
    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☒ No
    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
        ☐ No
        ☐ Yes

Debtor 1    JASON LEE WARRICK

First Name   Middle Name   Last Name

Case number (if known) _____

---

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: PERSONAL JEWELRY<br>Line from Schedule A/B: 12 | $ 500.00 | ☒ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: See Attachment 4<br>Line from Schedule A/B: 39 | $ 500.00 | ☒ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: CASH ON HAND<br>Line from Schedule A/B: 16 | $ 650.00 | ☒ $ 650.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: See Attachment 5<br>Line from Schedule A/B: 17.1 | $ 55.00 | ☒ $ 55.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: See Attachment 6<br>Line from Schedule A/B: 17.2 | $ 867.00 | ☒ $ 867.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: See Attachment 7<br>Line from Schedule A/B: 17.4 | $ 650.00 | ☒ $<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

Attachment
Debtor: JASON LEE WARRICK        Case No:

Attachment 1

   2006 CHRYSLER TOWN AND COUNTRY with 135000 miles.

Attachment 2

   HOUSEHOLD GOODS FOR FAMILY OF 4 (INCLUDES BUT NOT LIMITED TO
   COUCH, TV, CHAIR, TABLE, BEDS)

Attachment 3

   CLOTHES FOR FAMILY OF 4

Attachment 4

   OFFICE EQUIPMENT, COMPUTER

Attachment 5

   Checking Account with FIRST MIDWEST BANK

Attachment 6

   Checking Account with FIRST MIDWEST BANK

Attachment 7

   Savings Account with FIRST MIDWEST BANK

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | JASON LEE WARRICK |
| | First Name          Middle Name          Last Name |
| Debtor 2 | ALEXANDRA NICHOL WARRICK |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number | |
| (If known) | |

☐ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims | | | Column A | Column B | Column C |
|---|---|---|---|---|---|---|
| | | | | **Amount of claim** | **Value of collateral that supports this claim** | **Unsecured portion** |
| | | | | Do not deduct the value of collateral. | | If any |

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| 2.1 | | Describe the property that secures the claim: | $_____ | $_____ | $_____ |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |
| | Number          Street | **As of the date you file, the claim is:** Check all that apply. | | | |
| | | ☐ Contingent | | | |
| | | ☐ Unliquidated | | | |
| | City          State    ZIP Code | ☐ Disputed | | | |
| | **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| | ☐ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured car loan) | | | |
| | ☐ Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Judgment lien from a lawsuit | | | |
| | ☐ At least one of the debtors and another | ☐ Other (including a right to offset) _____ | | | |
| | ☐ Check if this claim relates to a community debt | | | | |
| | Date debt was incurred _____ | Last 4 digits of account number ___ ___ ___ ___ | | | |

| 2.2 | | Describe the property that secures the claim: | $_____ | $_____ | $_____ |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |
| | Number          Street | **As of the date you file, the claim is:** Check all that apply. | | | |
| | | ☐ Contingent | | | |
| | | ☐ Unliquidated | | | |
| | City          State    ZIP Code | ☐ Disputed | | | |
| | **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| | ☐ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured car loan) | | | |
| | ☐ Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Judgment lien from a lawsuit | | | |
| | ☐ At least one of the debtors and another | ☐ Other (including a right to offset) _____ | | | |
| | ☐ Check if this claim relates to a community debt | | | | |
| | Date debt was incurred _____ | Last 4 digits of account number ___ ___ ___ ___ | | | |

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 0.00 |
|---|---|

Official Form 106D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 1

**Fill in this information to identify your case:**

Debtor 1    JASON LEE WARRICK
            First Name        Middle Name        Last Name

Debtor 2    ALEXANDRA NICHOL WARRICK
(Spouse, if filing)  First Name    Middle Name        Last Name

United States Bankruptcy Court for the:  Northern District of Illinois

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule
A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is
needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of
any additional pages, write your name and case number (if known).

## Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☒ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For
   each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and
   nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority
   unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

Priority Creditor's Name

Number        Street

City            State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        $_____  $_____  $_____

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**

Priority Creditor's Name

Number        Street

City            State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        $_____  $_____  $_____

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1    JASON LEE WARRICK                                    Case number (if known)_____
            First Name    Middle Name    Last Name

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**
    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
    ☒ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than four nonpriority unsecured claims fill out the Continuation Page of Part 2.**

|  | | **Total claim** |
|---|---|---|

**4.1**   **ACS**
Nonpriority Creditor's Name

P.O. BOX 371834
Number    Street

PITTSBURGH        PA        15250
City                State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __
When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☒ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$ 15,050.53

**4.2**   **ACS**
Nonpriority Creditor's Name

P.O. BOX 7060
Number    Street

UTICA            NY        13504
City                State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __
When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☒ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$ 14,000.00

**4.3**   **ANES CONS OF MORRIS, LLC**
Nonpriority Creditor's Name

P.O. BOX 88271, DEPT. A
Number    Street

CHICAGO          IL        60680
City                State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __
When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Medical Services

$ 127.60

Debtor 1 __JASON LEE WARRICK_____    Case number (if known)_____
     First Name   Middle Name   Last Name

**Part 2:**    **Your NONPRIORITY Unsecured Claims —Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

                                                           **Total claim**

**4.4**   ASSOCIATED ANESTHESIOLOGISTS       Last 4 digits of account number __ __ __ __     $ 1,482.00
Nonpriority Creditor's Name

See Attachment 1                         When was the debt incurred?    _____
Number     Street

HORSHAM       PA       19044      As of the date you file, the claim is: Check all that apply.
City                State      ZIP Code

**Who incurred the debt? Check one.**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only          **Type of NONPRIORITY unsecured claim:**
- ☐ At least one of the debtors and another

- ☐ Student loans
- ☐ **Check if this claim is for a community debt**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**          ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ No                              ☒ Other. Specify Medical Services
- ☐ Yes

---

**4.5**   BENEFICIAL FINANCE           Last 4 digits of account number 3 8 7 3     $ 7,502.92
Nonpriority Creditor's Name

PO BOX 17574                           When was the debt incurred?    _____
Number     Street

BALTIMORE       MD       21297-1574    As of the date you file, the claim is: Check all that apply.
City                State      ZIP Code

**Who incurred the debt? Check one.**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only          **Type of NONPRIORITY unsecured claim:**
- ☐ At least one of the debtors and another

- ☐ Student loans
- ☐ **Check if this claim is for a community debt**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**          ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ No                              ☐ Other. Specify_____
- ☐ Yes

---

                                                             $ 9,006.32

**4.6**   CACH, LLC                        Last 4 digits of account number __ 5 9 1    
Nonpriority Creditor's Name

C/O JOHN BONEWICZ, ESQ., 350 N. ORLEANS ST., SUITE 300     When was the debt incurred?    _____
Number     Street

CHICAGO       IL       60654       As of the date you file, the claim is: Check all that apply.
City                State      ZIP Code

**Who incurred the debt? Check one.**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only          **Type of NONPRIORITY unsecured claim:**
- ☐ At least one of the debtors and another

- ☐ Student loans
- ☐ **Check if this claim is for a community debt**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**          ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ No                              ☐ Other. Specify_____
- ☐ Yes

---

Debtor 1   __JASON LEE WARRICK_____   Case number (if known) _____
          First Name   Middle Name   Last Name

**Part 2:** **Your NONPRIORITY Unsecured Claims —Continuation Page**

|  |  | Total claim |
|---|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

---

**4.7**

__CAPITAL ONE BANK (USA), N.A._____
Nonpriority Creditor's Name

__PO BOX 6492_____
Number      Street

__CAROL STREAM____IL_____60197-6492___
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _8_ _2_ _7_ _0_

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 929.82

---

**4.8**

__CBO/CHILDREN MG SURG_____
Nonpriority Creditor's Name

__See Attachment 2_____
Number      Street

__PEORIA_____IL_____61612_____
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _Medical Services_____

$ 93.20

---

**4.9**

__CENTRAL ILLINOIS RADIOLOGICAL ASSOCIATES__
Nonpriority Creditor's Name

__P.O. BOX 3184_____
Number      Street

__INDIANAPOLIS_____IN_____46206_____
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _Medical Services_____

$ 1,839.00

---

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 4 of 19

| Debtor 1 | JASON LEE WARRICK | | Case number *(if known)*_____ |
|---|---|---|---|
| | First Name   Middle Name | Last Name | |

**Part 2:** **Your NONPRIORITY Unsecured Claims —Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

**4.10**

CHASE
Nonpriority Creditor's Name

CARDMEMBER SERVICE, PO BOX 15153
Number      Street

WILMINGTON          DE          19886-5153
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  9  6  5  6

When was the debt incurred?      _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 3,391.28

**4.11**

CHASE
Nonpriority Creditor's Name

CARDMEMBER SERVICE, PO BOX 15153
Number      Street

WILMINGTON          DE          19886-5153
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  5  4  8  2

When was the debt incurred?      _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 1,855.18

**4.12**

CREDIT ONE BANK
Nonpriority Creditor's Name

P.O. BOX 60500
Number      Street

CITY OF INDUSTRY        CA        91716
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  ___  ___  ___  ___

When was the debt incurred?      _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Credit Card Charges

$ 1,148.21

Debtor 1 ___JASON LEE WARRICK_____
      First Name    Middle Name    Last Name

Case number (if known)_____

## Part 2: Your NONPRIORITY Unsecured Claims —Continuation Page

Total claim

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**4.13**

**CREDITOR'S DISCOUNT AND AUDIT**_____
Nonpriority Creditor's Name

**C/O MICHAEL NAUGHTON P.O. BOX 10**_____
Number      Street

**MANHATTAN**     **IL**    **60442**_____
City          State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _Medical Services_____

$ 3,097.86

---

**4.14**

**EPIC GROUP EMERG PHYSICIANS**_____
Nonpriority Creditor's Name

**C/O CREDITORS DISCOUNT AND AUDIT CO P.O. BOX 213**
Number      Street

**STREATOR**     **IL**    **61364**
City         State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _Medical Services_____

$ 763.00

---

**4.15**

**EPIC GROUP, S.C.**_____
Nonpriority Creditor's Name

**P.O. BOX 88087**_____
Number      Street

**CHICAGO**     **IL**    **60680**
City         State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _Medical Services_____

$ 72.14

Debtor 1    JASON LEE WARRICK
First Name   Middle Name   Last Name

Case number (if known)_____

## Part 2:   Your NONPRIORITY Unsecured Claims —Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

| | **Total claim** |
|---|---|

**4.16**   EQUABLE ASCENT FINANCIAL, LLC
Nonpriority Creditor's Name

See Attachment 3
Number   Street

NORMAL    IL    61761-6165
City    State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number  0 _ 3 _ 9 _ 0

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify_____

$ 1,234.54

---

**4.17**   GRUNDY RADIOLOGISTS
Nonpriority Creditor's Name

9410 COMPUBILL DR.
Number   Street

ORLAND PARK    IL    60462
City    State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number  3 _ 6 _ 5 _ A

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify_____

$ 664.00

---

**4.18**   GRUNDY RADIOLOGISTS, INC.
Nonpriority Creditor's Name

See Attachment 4
Number   Street

STREATOR    IL    61364
City    State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Medical Services

$ 32.32

---

Official Form 106E/F     Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1   JASON LEE WARRICK

First Name   Middle Name   Last Name

Case number (if known)_____

## Part 2:   Your NONPRIORITY Unsecured Claims —Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

| | Total claim |

**4.19** HSBC RETAIL SERVICES

Nonpriority Creditor's Name

PO BOX 17284

Number        Street

BALTIMORE        MD        21297-1264

City                State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  9  0  8  1

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 259.16

**4.20** JC PENNEY

Nonpriority Creditor's Name

PO BOX 960090

Number        Street

ORLANDO        FL        32896-0090

City                State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  7  9  9  1

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 1,216.49

**4.21** JOHNSON PEDIATRICS

Nonpriority Creditor's Name

P.O. BOX 8976

Number        Street

BELFAST        ME        04915

City                State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  __  __  __  __

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Medical Services

$ 115.00

Debtor 1    JASON LEE WARRICK
First Name    Middle Name    Last Name

Case number (if known)_____

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

**4.22** KURTZ AMBULANCE SERVICE INC.
Nonpriority Creditor's Name

See Attachment 5
Number    Street
BARRINGTON        IL        60011
City                    State    ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Medical Services

$ 2,850.00

---

**4.23** MACY'S
Nonpriority Creditor's Name

PO BOX 689195
Number    Street
DES MOINES        IA        50368-9195
City                    State    ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _2_ _4_ _9_ _0_

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 970.27

---

**4.24** MORRIS HOSPITAL
Nonpriority Creditor's Name

BUSINESS OFFICE, 150 W. HIGH ST.
Number    Street
MORRIS        IL        60450
City                    State    ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _4_ _3_ _5_ _8_

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 1,519.39

---

Official Form 106E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 9  of 19

| Debtor 1 | JASON LEE WARRICK | Case number *(if known)* _____ |
|---|---|---|
| | First Name   Middle Name   Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims —Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.25**

MORRIS HOSPITAL
Nonpriority Creditor's Name

See Attachment 6
Number   Street

DETROIT     MI     48277
City     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Medical Services

$ 598.00

---

**4.26**

MORRIS HOSPITAL
Nonpriority Creditor's Name

150 W. HIGH ST.
Number   Street

MORRIS     IL     60450
City     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Medical Services

$ 28,785.00

---

**4.27**

MORRIS HOSPITAL
Nonpriority Creditor's Name

150 W. HIGH ST.
Number   Street

MORRIS     IL     60450
City     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Medical Services

$ 6,849.00

---

Debtor 1    **JASON LEE WARRICK**
First Name    Middle Name    Last Name

Case number *(if known)*_____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims —Continuation Page** |

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

---

**4.28**

**MORRIS HOSPITAL**
Nonpriority Creditor's Name

**BUSINESS OFFICE 150 W. HIGH ST.**
Number    Street

**MORRIS            IL        60450**
City                State    ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify_____

$ 1,270.40

---

**4.29**

**MORRIS HOSPITAL**
Nonpriority Creditor's Name

**BUSINESS OFFICE, 150 W. HIGH ST.**
Number    Street

**MORRIS            IL        60450**
City                State    ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  9   0   8   3

**When was the debt incurred?**    _____

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 400.00

---

**4.30**

**MORRIS HOSPITAL**
Nonpriority Creditor's Name

**BUSINESS OFFICE, 150 W. HIGH ST.**
Number    Street

**MORRIS            IL        60450**
City                State    ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  5   8   0   9

**When was the debt incurred?**    _____

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 76.00

---

Debtor 1    JASON LEE WARRICK
First Name    Middle Name    Last Name

Case number (if known)_____

## Part 2:    Your NONPRIORITY Unsecured Claims —Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

**4.31**    **MORRIS HOSPITAL**
Nonpriority Creditor's Name

**BUSINESS OFFICE, 150 W. HIGH ST.**
Number    Street

**MORRIS**    **IL**    **60450**
City    State    ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  0  5  6  7

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 75.40

---

**4.32**    **OSF HEALTHCARE SYSTEM**
Nonpriority Creditor's Name

**7978 SOLUTION CENTER**
Number    Street

**CHICAGO**    **IL**    **60677-7009**
City    State    ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  __  __  __  __

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Medical Services

$ 1,295.40

---

**4.33**    **OSF MEDICAL GROUP**
Nonpriority Creditor's Name

**P.O. BOX 91011**
Number    Street

**CHICAGO**    **IL**    **60680**
City    State    ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  __  __  __  __

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 768.20

---

Debtor 1    **JASON LEE WARRICK**
First Name    Middle Name    Last Name      Case number *(if known)* _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims —Continuation Page** |

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

                                                                       **Total claim**

---

**4.34**  OSF ST. FRANCIS MEDICAL CENTER
Nonpriority Creditor's Name

C/O STATE COLLECTION SERVICE INC. P.O. BOX 6250
Number          Street

MADISON                    WI          53716
City                              State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___        $ 6,056.84

**When was the debt incurred?**       _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Medical Services

---

**4.35**  OSWALT GENERAL SURGERY, P.C.
Nonpriority Creditor's Name

942 WEST RTE. 6
Number          Street

MORRIS                      IL          60450
City                              State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___        $ 166.65

**When was the debt incurred?**       _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Medical Services

---

**4.36**  PORTFOLIO RECOVERY ASSOCIATES, LLC
Nonpriority Creditor's Name

P.O. BOX 12914
Number          Street

NORFOLK                    VA          23541
City                              State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___        $ 9,176.32

**When was the debt incurred?**       _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Credit Card Charges

---

Debtor 1  __JASON LEE WARRICK_____     Case number (if known)_____
      First Name    Middle Name    Last Name

**Part 2:** **Your NONPRIORITY Unsecured Claims —Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.    | Total claim

**4.37**

WALMART/GEMB
Nonpriority Creditor's Name
PO BOX 530927
Number    Street
ATLANTA          GA          30353-0927
City                State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  4  0  9  4      $ 913.25

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

**4.38**

WFNNB-MAURICES
Nonpriority Creditor's Name
PO BOX 659705
Number    Street
SAN ANTNIO        TX      78265-9705
City                State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  3  8  6  6      $ 715.66

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

**4.39**

Nonpriority Creditor's Name

Number    Street

City                State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  __ __ __ __      $_____

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

Debtor 1    JASON LEE WARRICK
            First Name    Middle Name    Last Name

Case number *(if known)*_____

## Part 3:  List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

ASSOCIATED ANESTHESIOLOGISTS, S.C.
Name

P.O. BOX 989
Number      Street

PEORIA, IL 60653
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.4** of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

---

BENEFICIAL FINANCE
Name

PO BOX 3425
Number      Street

BUFFALO, New York 14240-9733
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.5** of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 3 8 7 3

---

CAPITAL ONE
Name

PO BOX 30285
Number      Street

SALT LAKE CITY, Utah 84130-0285
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.7** of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 8 2 7 0

---

NORTHLAND GROUP, INC.
Name

PO BOX 390846
Number      Street

MINNEAPOLIS, Minnesota 55439
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.7** of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 8 2 7 0

---

T-H PROFESSIONAL AND MED COLLECTIONS LTD
Name

P.O. BOX 10166
Number      Street

PEORIA, IL 60612
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.9** of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

---

ARS NATIONAL SERVICES, INC.
Name

PO BOX 463023
Number      Street

ESCONDIDO, California 92046-3023
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.10** of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 9 6 5 6

---

CHASE
Name

PO BOX 15298
Number      Street

WILMINGTON, Delaware 19850-5298
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.10** of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 9 6 5 6

---

Debtor 1  __JASON LEE WARRICK_____    Case number (if known)_____
          First Name   Middle Name   Last Name

## Part 3:  List Others to Be Notified About a Debt That You Already Listed

6. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

__PORTFOLIO RECOVERY ASSOCIATES, LLC___
Name

__P.O. BOX 12914_____
Number     Street

__NORFOLK, VA 23541_____
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _4.10_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  _9_ _6_ _5_ _6_

---

__CHASE_____
Name

__PO BOX 15298_____
Number     Street

__WILMINGTON, Delaware 19850-5298____
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _4.11_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  _5_ _4_ _8_ _2_

---

__STONELEIGH RECOVERY ASSOCIATES, LLC__
Name

__P.O. BOX 1479_____
Number     Street

__LOMBARD, IL 60148_____
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _4.12_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

__CREDITOR'S DISCOUNT AND AUDIT CO.___
Name

__415 MAIN ST._____
Number     Street

__STREATOR, Illinois 61364_____
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _4.17_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  _3_ _6_ _5_ _A_

---

__RETAIL SERVICES_____
Name

__PO BOX 15521_____
Number     Street

__WILMINGTON, Delaware 19850-5521____
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _4.19_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  _9_ _0_ _8_ _1_

---

__ALLIED INTERESTATE_____
Name

__3000 CORPORATE EXCHANGE DR._____
Number     Street

__COLUMBUS, Ohio 43231_____
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _4.20_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  _7_ _9_ _9_ _1_

---

__ALLIED INTERESTATE, LLC_____
Name

__PO BOX 361774_____
Number     Street

__COLUMBUS, Ohio 43236_____
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _4.20_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  _7_ _9_ _9_ _1_

Debtor 1  __JASON LEE WARRICK_____  Case number *(if known)*_____
     First Name    Middle Name    Last Name

## Part 3:   List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

__GE MONEY BANK_____  
Name  
__ATTN: BANKRUPTCY DEPT., PO BOX 103104__  
Number    Street  

__ROSWELL, Georgia 30076_____  
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.20__ of  *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims  
                   ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __7__ __9__ __9__ __1__

---

__NATIONWIDE CREDIT, INC._____  
Name  
__P.O. BOX 26314_____  
Number    Street  

__LEHIGH VALLEY, PA 18002_____  
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.20__ of  *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims  
                   ☒ Part 2: Creditors with Nonpriority Unsecured  
Claims

Last 4 digits of account number __7__ __9__ __9__ __1__

---

__NCO FINANCIAL SYSTEMS_____  
Name  
__507 PRUDENTIAL RD._____  
Number    Street  

__HORSHAM, Pennsylvania 19044___  
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.20__ of  *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims  
                   ☒ Part 2: Creditors with Nonpriority Unsecured  
Claims

Last 4 digits of account number __7__ __9__ __9__ __1__

---

__NCO FINANCIAL SYSTEMS_____  
Name  
__PO BOX 15740_____  
Number    Street  

__WILMINGTON, Delaware 19850-5740__  
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.20__ of  *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims  
                   ☒ Part 2: Creditors with Nonpriority Unsecured  
Claims

Last 4 digits of account number __7__ __9__ __9__ __1__

---

__KURTZ AMBULANCE SERVICE INC__  
Name  
__P.O. BOX 457_____  
Number    Street  

__WHEELING, IL 60090_____  
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.22__ of  *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims  
                   ☒ Part 2: Creditors with Nonpriority Unsecured  
Claims

Last 4 digits of account number ___ ___ ___ ___

---

__BANKRUPTCY PROCESSING_____  
Name  
__PO BOX 8053_____  
Number    Street  

__MASON, Ohio 45040_____  
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.23__ of  *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims  
                   ☒ Part 2: Creditors with Nonpriority Unsecured  
Claims

Last 4 digits of account number __2__ __4__ __9__ __0__

---

__NORTHLAND GROUP, INC._____  
Name  
__PO BOX 390846_____  
Number    Street  

__MINNEAPOLIS, Minnesota 55439__  
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.23__ of  *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims  
                   ☒ Part 2: Creditors with Nonpriority Unsecured  
Claims

Last 4 digits of account number __2__ __4__ __9__ __0__

---

Debtor 1    JASON LEE WARRICK
First Name    Middle Name    Last Name

Case number (if known) _____

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

MIRAMED REVENUE GROUP, LLC
Name

DEPT 77304, PO BOX 77000
Number    Street

DETROIT, Michigan 48277-0304
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.24 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 4 3 5 8

---

MIRAMED REVENUE GROUP, LLC
Name

DEPT. 77304
Number    Street

P.O. BOX 77000

DETROIT, MI 48277
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.27 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

CREDITOR'S DISCOUNT AND AUDIT CO.
Name

415 MAIN ST.
Number    Street

STREATOR, Illinois 61364
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.29 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 9 0 8 3

---

STATE COLLECTION SERVICE, INC.
Name

P.O. BOX 6250
Number    Street

MADISON, WI 53716
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.34 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

GE MONEY BANK
Name

ATTN: BANKRUPTCY DEPT., PO BOX 103104
Number    Street

ROSWELL, Georgia 30076
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.37 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 4 0 9 4

---

PROFESSIONAL BUREAU OF COLLECTIONS OF MA
Name

PO BOX 628
Number    Street

ELK GROVE, California 95759
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.38 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 3 8 6 6

---

WFNNB
Name

BANKRUPTCY DEPT., PO BOX 182125
Number    Street

COLUMBUS, Ohio 43218-2125
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.38 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 3 8 6 6

---

Debtor 1    JASON LEE WARRICK
First Name    Middle Name    Last Name

Case number (if known)_____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159.**
Add the amounts for each type of unsecured claim.

**Total claim**

**Total claims from Part 1**

6a. **Domestic support obligations**    6a. $_____

6b. **Taxes and certain other debts you owe the government**    6b. $_____

6c. **Claims for death or personal injury while you were intoxicated**    6c. $_____

6d. **Other.** Add all other priority unsecured claims. Write that amount here.    6d. + $_____

6e. **Total.** Add lines 6a through 6d.    6e. $_____

**Total claim**

**Total claims from Part 2**

6f. **Student loans**    6f. $29,050.53

6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims**    6g. $0.00

6h. **Debts to pension or profit-sharing plans, and other similar debts**    6h. $0.00

6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here.    6i. + $65,817.94

6j. **Total.** Add lines 6f through 6i.    6j. $94,868.47

Attachment
Debtor: JASON LEE WARRICK      Case No:

**Attachment 1**

C/O TRANSWORLD SYSTEMS INC. COLLECTION AGENCY 507 PRUDENTIAL RD.

**Attachment 2**

C/O CONVERGENT HEALTHCARE RECOVERIES, INC. 121 NE JEFFERSON ST., SUITE 100

**Attachment 3**

C/O BLATT HASENMILLER, LEIBSKER & MOORE, 211 LANDMARK DR., SUITE C-1, PO BOX 489

**Attachment 4**

C/O CREDITORS DISCOUNT AND AUDIT CO. 415 E. MAIN ST.
P.O. BOX 213

**Attachment 5**

C/O REVENUE MANAGEMENT OF ILLINOIS CORPORATION P.O. BOX 191

**Attachment 6**

C/O MIRAMED REVENUE GROUP DEPT 77304
P.O. BOX 77000

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor | JASON LEE WARRICK |
| | First Name      Middle Name      Last Name |
| Debtor 2 | ALEXANDRA NICHOL WARRICK |
| (Spouse if filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☒ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number   Street | |
| City    State   ZIP Code | |
| **2.2** | |
| Name | |
| Number   Street | |
| City    State   ZIP Code | |
| **2.3** | |
| Name | |
| Number   Street | |
| City    State   ZIP Code | |
| **2.4** | |
| Name | |
| Number   Street | |
| City    State   ZIP Code | |
| **2.5** | |
| Name | |
| Number   Street | |
| City    State   ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1    JASON LEE WARRICK
         First Name        Middle Name       Last Name

Debtor 2    ALEXANDRA NICHOL WARRICK
(Spouse, if filing)   First Name       Middle Name       Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☒ No

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☒ No. Go to line 3.

   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

        ☐ No

        ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

        _____

        Name of your spouse, former spouse, or legal equivalent

        _____

        Number     Street

        _____

        City            State        ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

*Column 1: Your codebtor*

Column 2: The creditor to whom you owe the debt

Check all schedules that apply:

**3.1**
_____
Name
_____
Number     Street
_____
City            State        ZIP Code

     ☐ Schedule D, line _____
     ☐ Schedule E/F, line _____
     ☐ Schedule G, line _____

**3.2**
_____
Name
_____
Number     Street
_____
City            State        ZIP Code

     ☐ Schedule D, line _____
     ☐ Schedule E/F, line _____
     ☐ Schedule G, line _____

**3.3**
_____
Name
_____
Number     Street
_____
City            State        ZIP Code

     ☐ Schedule D, line _____
     ☐ Schedule E/F, line _____
     ☐ Schedule G, line _____

**Fill in this information to identify your case:**

Debtor 1    JASON LEE WARRICK
First Name        Middle Name        Last Name

Debtor 2    ALEXANDRA NICHOL WARRICK
(Spouse, if filing) First Name    Middle Name        Last Name

United States Bankruptcy Court for the:    Northern District of Illinois

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for
supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse.
If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a
separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

| 1. Fill in your employment information. | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. Include part-time, seasonal, or self-employed work. Occupation may include student or homemaker, if it applies. | Employment status | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| | Occupation | RECEIVING TECH | See Attachment 1 |
| | Employer's name | MORRIS HOSPITAL | FIRST MIDWEST BANK |
| | Employer's address | 150 HIGH ST.<br>Number  Street | 444 W. BEDFORD RD.<br>Number  Street |
| | | MORRIS, IL 60450<br>City        State    ZIP Code | MORRIS, IL 60450<br>City        State    ZIP Code |
| | How long employed there? | 1.5 YEARS | 5.5 YEARS |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing
spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines
below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 2,252.86 | $ 2,678.46 |
| 3. | Estimate and list monthly overtime pay. | 3. | + $ 0.00 | + $ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 2,252.86 | $ 2,678.46 |

Debtor 1    <u>JASON LEE WARRICK</u>
            First Name    Middle Name    Last Name

Case number (if known)_____

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here .................................................................➔ 4. | $ 2,252.86 | $ 2,678.46 |

5. List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 236.69 | $ 402.98 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: See Attachment 2 | 5h. | + $ 159.47 | + $ 378.55 |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 396.16 | $ 781.53 |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 1,856.70 | $ 1,896.93 |

8. List all other income regularly received:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. Other monthly income. Specify: _____ | 8h. | + $ 0.00 | + $ 0.00 |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ 0.00 |
| 10. Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,856.70  + | $ 1,896.93  = $ 3,753.63 |

11. State all other regular contributions to the expenses that you list in *Schedule J*.

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____    11. + $ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies    12. $ 3,753.63

Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?

☐ No.
☐ Yes. Explain: _____

# Addendum

**Attachment 1**

    **CONSUMER BANKING REPRESENTATIVE**

**Attachment 2**

    **Description: APPAREL LOAN**
    **Debtor's Amount: $0.00**
    **Spouse's Amount: $50.01**

    **Description: CHILD LIFE**
    **Debtor's Amount: $4.77**
    **Spouse's Amount: $0.00**

    **Description: DENTAL**
    **Debtor's Amount: $17.83**
    **Spouse's Amount: $0.00**

    **Description: DENTAL PLAN**
    **Debtor's Amount: $0.00**
    **Spouse's Amount: $37.96**

    **Description: GROUP TERM LIFE**
    **Debtor's Amount: $0.00**
    **Spouse's Amount: $1.11**

    **Description: HLTH PLAN B-E+1**
    **Debtor's Amount: $130.00**
    **Spouse's Amount: $0.00**

    **Description: LTD IMPUTED**
    **Debtor's Amount: $0.00**
    **Spouse's Amount: $9.43**

    **Description: MEDICAL**
    **Debtor's Amount: $0.00**
    **Spouse's Amount: $280.04**

    **Description: VSP EMPLOYEE**
    **Debtor's Amount: $6.87**
    **Spouse's Amount: $0.00**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | JASON LEE WARRICK |
| | First Name    Middle Name    Last Name |
| Debtor 2 | ALEXANDRA NICHOL WARRICK |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☒ Yes. Does Debtor 2 live in a separate household?

       ☒ No
       ☐ Yes. Debtor 2 must file Official Forms 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☒ Yes. Fill out this information for each dependent..........

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| SON | 15 | ☐ No  ☒ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☒ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 1,100.00 |
| If not included in line 4: | | |
| 4a.  Real estate taxes | 4a. | $ 0.00 |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | $ 50.00 |
| 4d.  Homeowner's association or condominium dues | 4d. | $ 0.00 |

Debtor 1    JASON LEE WARRICK _____    Case number (*if known*)_____
First Name    Middle Name    Last Name

| | | **Your expenses** |
|---|---|---|
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. | $ 0.00 |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $ 110.00 |
| 6b. Water, sewer, garbage collection | 6b. | $ 0.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 200.00 |
| 6d. Other. Specify: CABLE AND INTERNET | 6d. | $ 86.99 |
| 7. **Food and housekeeping supplies** | 7. | $ 600.00 |
| 8. **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 125.00 |
| 10. **Personal care products and services** | 10. | $ 100.00 |
| 11. **Medical and dental expenses** | 11. | $ 175.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 200.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 30.00 |
| 14. **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $ 50.88 |
| 15b. Health insurance | 15b. | $ 420.00 |
| 15c. Vehicle insurance | 15c. | $ 85.00 |
| 15d. Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: See Attachment 1 | 16. | $ 348.00 |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ 0.00 |
| 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c. Other. Specify:_____ | 17c. | $ |
| 17d. Other. Specify:_____ | 17d. | $ |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ 0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| 20a. Mortgages on other property | 20a. | $ 0.00 |
| 20b. Real estate taxes | 20b. | $ 0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1    JASON LEE WARRICK
First Name    Middle Name    Last Name

Case number (if known)_____

21.  **Other**. Specify: _____    21.    +$ 0.00

22.  **Calculate your monthly expenses.**
22a. Add lines 4 through 21.                                   $ 3,680.87
22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    $
22c. Add line 22a and 22b. The result is your monthly expenses.   22.    $ 3,680.87

23.  **Calculate your monthly net income.**

23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.    $ 3,753.63

23b.  Copy your monthly expenses from line 22 above.    23b.    – $ 3,680.87

23c.  Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*    23c.    $ 72.76

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☐ Yes.    Explain here:

# Attachment
## Debtor: JASON LEE WARRICK          Case No:

**Attachment 1**

    **Description:** STUDENT LOAN ACS
    **Amount: 323.00**

    **Description:** CHILD SCHOOL EXPENSES
    **Amount: 25.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | JASON | LEE | WARRICK |
| | First Name | Middle Name | Last Name |
| Debtor 2 | ALEXANDRA | NICHOL | WARRICK |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  |  | Your assets Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from *Schedule A/B*................................................ | $ 0.00 |
| | 1b. Copy line 62, Total personal property, from *Schedule A/B*................................... | $ 8,314.00 |
| | 1c. Copy line 63, Total of all property on *Schedule A/B*............................................ | $ 8,314.00 |

### Part 2:   Summarize Your Liabilities

|  |  | Your liabilities Amount you owe |
|---|---|---|
| 2. | **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ | $ 0.00 |
| 3. | **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ......................................... | $ 0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................. | + $ 126,366.35 |
| | **Your total liabilities** | $ 126,366.35 |

### Part 3:   Summarize Your Income and Expenses

|  |  |  |
|---|---|---|
| 4. | **Schedule I: Your Income** (Official Form 106I) | |
| | Copy your combined monthly income from line 12 of *Schedule I* ...................................................... | $ 3,753.63 |
| 5. | **Schedule J: Your Expenses** (Official Form 106J) | |
| | Copy your monthly expenses from line 22, Column A, of *Schedule J*.................................................. | $ 3,680.87 |

Debtor 1   JASON _____ LEE _____ WARRICK _____     Case number (if known)_____
    First Name    Middle Name    Last Name

## Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-10 for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

   $ 4,931.32

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

   Total claim

   From Part 4 on *Schedule E/F*, copy the following:

   9a. Domestic support obligations (Copy line 6a.)                                      $ 0.00

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)            $ 0.00

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)  $ 0.00

   9d. Student loans. (Copy line 6f.)                                                   $ 29,050.53

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)   $ 0.00

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)  + $ 0.00

   9g. **Total.** Add lines 9a through 9f.                                              $ 29,050.53

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | JASON LEE WARRICK | |
| | First Name    Middle Name | Last Name |
| Debtor 2 | ALEXANDRA NICHOL WARRICK | |
| (Spouse, if filing) | First Name    Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern District Of Illinois | |
| Case number (if known) | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

**✗** s/JASON LEE WARRICK
Signature of Debtor 1

**✗** s/ALEXANDRA NICHOL WARRICK
Signature of Debtor 2

Date 10/07/2016
MM / DD / YYYY

Date 10/07/2016
MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | JASON | LEE | WARRICK |
| | First Name | Middle Name | Last Name |
| Debtor 2 | ALEXANDRA | NICHOL | WARRICK |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(If known) _____

☐ Check if this is an
amended filing

## Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy                04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1.  What is your current marital status?**

☒ Married
☐ Not married

**2.  During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☒ Yes. List all of the places you lived in the last 3 years.  Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☒ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 1224 SUSAN CIRCLE | From 01/01/99 | | From 01/01/09 |
| Number    Street | To 01/01/15 | Number    Street | To 01/01/15 |
| MORRIS          IL.    60450 | | | |
| City          State  ZIP Code | | City        State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| | From _____ | | From _____ |
| Number    Street | To _____ | Number    Street | To _____ |
| City          State  ZIP Code | | City        State  ZIP Code | |

**3.  Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☒ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1     <u>JASON LEE WARRICK</u>                          Case number *(if known)*_____
         First Name      Middle Name        Last Name

**Part 2:**   **Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ 0.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ 0.00 |
| **For last calendar year:** (January 1 to December 31, <u>2015</u> )   YYYY | ☒ Wages, commissions, bonuses, tips ☐ Operating a business | $ 25,325.00 | ☒ Wages, commissions, bonuses, tips ☐ Operating a business | $ 26,245.00 |
| **For the calendar year before that:** (January 1 to December 31, <u>2014</u> )   YYYY | ☒ Wages, commissions, bonuses, tips ☐ Operating a business | $ 23,455.58 | ☒ Wages, commissions, bonuses, tips ☐ Operating a business | $ 22,733.00 |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ _____ _____ | $_____ $_____ $_____ | _____ _____ _____ | $_____ $_____ $_____ |
| **For last calendar year:** (January 1 to December 31, <u>2015</u> )   YYYY | _____ _____ _____ | $_____ $_____ $_____ | _____ _____ _____ | $_____ $_____ $_____ |
| **For the calendar year before that:** (January 1 to December 31, <u>2014</u> )   YYYY | _____ _____ _____ | $_____ $_____ $_____ | _____ _____ _____ | $_____ $_____ $_____ |

Debtor 1    JASON LEE WARRICK
       First Name    Middle Name      Last Name

Case number *(if known)*_____

---

**Part 3:**    **List Certain Payments You Made Before You Filed for Bankruptcy**

---

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ☐ **No.** **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

      During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

      ☐ No. Go to line 7.

      ☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

      * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

   ☒ **Yes.** **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

      During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

      ☒ No. Go to line 7.

      ☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br>City        State        ZIP Code | _____<br><br>_____<br><br>_____ | $_____<br><br> | $_____<br><br> | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br>City        State        ZIP Code | _____<br><br>_____<br><br>_____ | $_____<br><br> | $_____<br><br> | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br>City        State        ZIP Code | _____<br><br>_____<br><br>_____ | $_____<br><br> | $_____<br><br> | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

---

Debtor 1    JASON LEE WARRICK
    First Name    Middle Name    Last Name

Case number (if known) _____

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☒ No
   ☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name _____ | _____ | $_____ | $_____ | |
| Number    Street _____ | _____ | | | |
| _____ | _____ | | | |
| City _____ State _ ZIP Code | | | | |
| Insider's Name _____ | | $_____ | $_____ | |
| Number    Street _____ | | | | |
| _____ | _____ | | | |
| City _____ State _ ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☒ No
   ☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name _____ | _____ | $_____ | $_____ | |
| Number    Street _____ | _____ | | | |
| _____ | _____ | | | |
| City _____ State _ ZIP Code | | | | |
| Insider's Name _____ | | $_____ | $_____ | |
| Number    Street _____ | | | | |
| _____ | _____ | | | |
| City _____ State _ ZIP Code | | | | |

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page 4

Debtor 1  JASON LEE WARRICK
          First Name    Middle Name         Last Name

Case number (if known)_____

---

## Part 4:  Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **CREDITORS DISCOUNT**<br><br>**See Attachment 1**<br><br>Case number **2016 SC 489** | MEDICAL COLLECTIONS | **GRUNDY COUNTY CIRCUIT COURT**<br>Court Name<br>**111 E. WASHINGTON ST.**<br>Number    Street<br>**MORRIS**          **IL**      **60450**<br>City              State    ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title_____<br><br>_____<br><br>Case number _____ | | Court Name_____<br><br>Number    Street_____<br><br>City              State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☒ No.  Go to line 11.
☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number    Street | | _____ | $_____ |
| | **Explain what happened** | | |
| _____<br><br>_____<br>City          State    ZIP Code | ☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |
| _____<br>Creditor's Name<br><br>_____<br>Number    Street | | _____ | $_____ |
| | **Explain what happened** | | |
| _____<br><br>_____<br>City          State    ZIP Code | ☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |

---

Official Form 107          Statement of Financial Affairs for Individuals Filing for Bankruptcy          page 5

Debtor 1    JASON LEE WARRICK                                          Case number (if known)_____
            First Name    Middle Name    Last Name

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | $_____ |
| Number    Street | | | |
| City    State    ZIP Code | Last 4 digits of account number: XXXX–___  ___  ___  ___ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No
☐ Yes

## Part 5:    List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☒ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | $_____ |
| Number  Street | | | $_____ |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | $_____ |
| Number  Street | | | $_____ |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

Debtor 1 __JASON LEE WARRICK_____ Case number (if known)_____
First Name    Middle Name    Last Name

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | | $_____ |
| Charity's Name | | | $_____ |
| Number  Street | | | |
| | | | |
| City    State    ZIP Code | | | |

---

| Part 6: | List Certain Losses |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss. Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | $_____ |

---

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☒ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| 001 DEBTOR CC, INC. | | | |
| Person Who Was Paid | | 09/26/16 | $ 15.00 |
| Number    Street | | | $_____ |
| | | | |
| City    State    ZIP Code | | | |
| WWW.DEBTORCC.ORG | | | |
| Email or website address | | | |
| Person Who Made the Payment, If Not You | | | |

Debtor 1    JASON LEE WARRICK    Case number (if known)_____
First Name   Middle Name   Last Name

| Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|

Malmquist and Geiger
Person Who Was Paid

415 Liberty St.
Number   Street

9/26/16    $ 1535

Morris IL    60450
City    State    ZIP Code

$_____

Email or website address

Person Who Made the Payment, if Not You

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|

Person Who Was Paid

Number   Street

_____    $_____

_____    $_____

City    State    ZIP Code

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

| Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|

Person Who Received Transfer

Number   Street

City    State    ZIP Code

Person's relationship to you

Person Who Received Transfer

Number   Street

City    State    ZIP Code

Person's relationship to you

Debtor 1    JASON LEE WARRICK
            First Name    Middle Name    Last Name

Case number (if known)_____

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☒ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

**Part 8:   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution _____ | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| Number   Street | | | | |
| City       State    ZIP Code | | | | |
| Name of Financial Institution _____ | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| Number   Street | | | | |
| City       State    ZIP Code | | | | |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution _____ | Name _____ | | ☐ No ☐ Yes |
| Number   Street | Number   Street | | |
| City       State    ZIP Code | City       State    ZIP Code | | |

Debtor 1    JASON LEE WARRICK
           First Name      Middle Name      Last Name

Case number (if known)_____

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| _____ Name of Storage Facility | _____ Name | | |
| _____ Number   Street | _____ Number   Street | | |
| _____ City           State     ZIP Code | _____ City State  ZIP Code | | |

## Part 9:    Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| _____ Owner's Name | | | $_____ |
| _____ Number   Street | _____ Number   Street | | |
| _____ City           State     ZIP Code | _____ City           State     ZIP Code | | |

## Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

▪ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

▪ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

▪ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____ Name of site | _____ Governmental unit | | _____ |
| _____ Number   Street | _____ Number   Street | | |
| _____ City           State     ZIP Code | _____ City           State     ZIP Code | | |

Debtor 1    JASON LEE WARRICK
First Name    Middle Name    Last Name

Case number (if known)_____

---

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____<br>Name of site | _____<br>Governmental unit | | _____ |
| _____<br>Number    Street | _____<br>Number    Street | | |
| _____<br>City            State    ZIP Code | _____<br>City            State    ZIP Code | | |

---

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | _____<br>Court Name | | ☐ Pending |
| _____ | _____<br>Number    Street | | ☐ On appeal |
| _____<br>Case number | _____<br>City            State    ZIP Code | | ☐ Concluded |

---

## Part 11:    Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| _____<br>Business Name | | EIN: __ __ - __ __ __ __ __ __ __ |
| _____<br>Number    Street | Name of accountant or bookkeeper | Dates business existed |
| _____<br>City            State    ZIP Code | | From _____ To _____ |
| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| _____<br>Business Name | | EIN: __ __ - __ __ __ __ __ __ __ |
| _____<br>Number    Street | Name of accountant or bookkeeper | Dates business existed |
| _____<br>City            State    ZIP Code | | From _____ To _____ |

---

Debtor 1    JASON LEE WARRICK
First Name    Middle Name    Last Name

Case number (if known)_____

| | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| City          State     ZIP Code | | From _____ To _____ |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ No
☐ Yes. Fill in the details below.

Date issued

Name          MM / DD / YYYY

Number   Street

City          State    ZIP Code

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✖ s/JASON LEE WARRICK          ✖ s/ALEXANDRA NICHOL WARRICK
Signature of Debtor 1          Signature of Debtor 2

Date 7 October 2016          Date 7 October 2016

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☐ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☒ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Attachment
Debtor: JASON LEE WARRICK        Case No:

Attachment 1
AND AUDIT V. ALEXANDRA AND JASON WARRICK

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | JASON LEE WARRICK | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | ALEXANDRA NICHOL WARRICK | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ Northern District Of Illinois

Case number
(if known)  _____

☐ Check if this is an
amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information.
Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List Your Creditors Who Hold Secured Claims

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Hold Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: _____<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name: _____<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name: _____<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name: _____<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |

Your name  JASON LEE WARRICK
First Name    Middle Name    Last Name

Case number (if known) _____

---

| **Part 2:** | **List Your Unexpired Personal Property Leases** |

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**

**Will the lease be assumed?**

Lessor's name:
☐ No
☐ Yes

Description of leased property:

Lessor's name:
☐ No
☐ Yes

Description of leased property:

Lessor's name:
☐ No
☐ Yes

Description of leased property:

Lessor's name:
☐ No
☐ Yes

Description of leased property:

Lessor's name:
☐ No
☐ Yes

Description of leased property:

Lessor's name:
☐ No
☐ Yes

Description of leased property:

Lessor's name:
☐ No
☐ Yes

Description of leased property:

---

| **Part 3:** | **Sign Below** |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✗ *Jason Warrick*            ✗ *Alexandra N. Warrick*
s/JASON LEE WARRICK            s/ALEXANDRA NICHOL WARRICK
Signature of Debtor 1            Signature of Debtor 2

Date 10/07/2016            Date 10/07/2016
    MM / DD / YYYY                MM / DD / YYYY

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### NORTHERN DISTRICT OF ILLINOIS

**In re**   JASON LEE WARRICK and ALEXANDRA
NICHOL WARRICK

Case No. _____

**Debtor**

Chapter **7**_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above
named debtor(s) and that compensation paid to me within one year before the filing of the petition in
bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in
contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **1,200.00**_____

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ **1,200.00**_____

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **0.00**_____

2. The source of the compensation paid to me was:

   ☒ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor          ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are
   members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not
   members or associates of my law firm. A copy of the agreement, together with a list of the names of the
   people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
   case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to
   file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned
   hearings thereof;

B2030 (Form 2030) (12/15)

~~d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

e.  [Other provisions as needed]

**None**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**None**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 7, 2016**
*Date*

**s/James M. Durkee**
*Signature of Attorney*

**Malmquist and Geiger**
*Name of law firm*

```
ACS
P.O. BOX 371834
PITTSBURGH, PA 15250


ACS
P.O. BOX 7060
UTICA, NY 13504


ALLIED INTERESTATE
3000 CORPORATE EXCHANGE DR.
COLUMBUS, OH 43231


ALLIED INTERESTATE, LLC
PO BOX 361774
COLUMBUS, OH 43236


ANES CONS OF MORRIS, LLC
P.O. BOX 88271, DEPT. A
CHICAGO, IL 60680


ARS NATIONAL SERVICES, INC.
PO BOX 463023
ESCONDIDO, CA 92046-3023


ASSOCIATED ANESTHESIOLOGISTS
C/O TRANSWORLD SYSTEMS INC. COLLECTION A
507 PRUDENTIAL RD.
HORSHAM, PA 19044


ASSOCIATED ANESTHESIOLOGISTS, S.C.
P.O. BOX 989
PEORIA, IL 60653


BANKRUPTCY PROCESSING
PO BOX 8053
MASON, OH 45040
```

BENEFICIAL FINANCE
PO BOX 17574
BALTIMORE, MD 21297-1574


BENEFICIAL FINANCE
PO BOX 3425
BUFFALO, NY 14240-9733


CACH, LLC
C/O JOHN BONEWICZ, ESQ., 350 N. ORLEANS
CHICAGO, IL 60654


CAPITAL ONE
PO BOX 30285
SALT LAKE CITY, UT 84130-0285


CAPITAL ONE BANK (USA), N.A.
PO BOX 6492
CAROL STREAM, IL 60197-6492


CBO/CHILDREN MG SURG
C/O CONVERGENT HEALTHCARE RECOVERIES, IN
121 NE JEFFERSON ST., SUITE 100
PEORIA, IL 61612


CENTRAL ILLINOIS RADIOLOGICAL ASSOCIATES
P.O. BOX 3184
INDIANAPOLIS, IN 46206


CHASE
CARDMEMBER SERVICE, PO BOX 15153
WILMINGTON, DE 19886-5153


CHASE
PO BOX 15298
WILMINGTON, DE 19850-5298

```
CREDIT ONE BANK
P.O. BOX 60500
CITY OF INDUSTRY, CA 91716


CREDITOR'S DISCOUNT AND AUDIT
C/O MICHAEL NAUGHTON
P.O. BOX 10
MANHATTAN, IL 60442


CREDITOR'S DISCOUNT AND AUDIT CO.
415 MAIN ST.
STREATOR, IL 61364


EPIC GROUP EMERG PHYSICIANS
C/O CREDITORS DISCOUNT AND AUDIT CO
P.O. BOX 213
STREATOR, IL 61364


EPIC GROUP, S.C.
P.O. BOX 88087
CHICAGO, IL 60680


EQUABLE ASCENT FINANCIAL, LLC
C/O BLATT HASENMILLER, LEIBSKER & MOORE,
NORMAL, IL 61761-6165


GE MONEY BANK
ATTN: BANKRUPTCY DEPT., PO BOX 103104
ROSWELL, GA 30076


GRUNDY RADIOLOGISTS
9410 COMPUBILL DR.
ORLAND PARK, IL 60462


GRUNDY RADIOLOGISTS, INC.
C/O CREDITORS DISCOUNT AND AUDIT CO.
415 E. MAIN ST.
P.O. BOX 213
STREATOR, IL 61364
```

HSBC RETAIL SERVICES
PO BOX 17284
BALTIMORE, MD 21297-1264


JC PENNEY
PO BOX 960090
ORLANDO, FL 32896-0090


JOHNSON PEDIATRICS
P.O. BOX 8976
BELFAST, ME 04915


KURTZ AMBULANCE SERVICE INC
P.O. BOX 457
WHEELING, IL 60090


KURTZ AMBULANCE SERVICE INC.
C/O REVENUE MANAGEMENT OF ILLINOIS CORPO
P.O. BOX 191
BARRINGTON, IL 60011


MACY'S
PO BOX 689195
DES MOINES, IA 50368-9195


MIRAMED REVENUE GROUP, LLC
DEPT 77304, PO BOX 77000
DETROIT, MI 48277-0304


MIRAMED REVENUE GROUP, LLC
DEPT. 77304
P.O. BOX 77000
DETROIT, MI 48277


MORRIS HOSPITAL
BUSINESS OFFICE, 150 W. HIGH ST.
MORRIS, IL 60450

MORRIS HOSPITAL
BUSINESS OFFICE
150 W. HIGH ST.
MORRIS, IL 60450

MORRIS HOSPITAL
C/O MIRAMED REVENUE GROUP
DEPT 77304
P.O. BOX 77000
DETROIT, MI 48277

MORRIS HOSPITAL
150 W. HIGH ST.
MORRIS, IL 60450

NATIONWIDE CREDIT, INC.
P.O. BOX 26314
LEHIGH VALLEY, PA 18002

NCO FINANCIAL SYSTEMS
PO BOX 15740
WILMINGTON, DE 19850-5740

NCO FINANCIAL SYSTEMS
507 PRUDENTIAL RD.
HORSHAM, PA 19044

NORTHLAND GROUP, INC.
PO BOX 390846
MINNEAPOLIS, MN 55439

OSF HEALTHCARE SYSTEM
7978 SOLUTION CENTER
CHICAGO, IL 60677-7009

OSF MEDICAL GROUP
P.O. BOX 91011
CHICAGO, IL 60680

OSF ST. FRANCIS MEDICAL CENTER
C/O STATE COLLECTION SERVICE INC.
P.O. BOX 6250
MADISON, WI 53716


OSWALT GENERAL SURGERY, P.C.
942 WEST RTE. 6
MORRIS, IL 60450


PORTFOLIO RECOVERY ASSOCIATES, LLC
P.O. BOX 12914
NORFOLK, VA 23541


PROFESSIONAL BUREAU OF COLLECTIONS OF MA
PO BOX 628
ELK GROVE, CA 95759


RETAIL SERVICES
PO BOX 15521
WILMINGTON, DE 19850-5521


STATE COLLECTION SERVICE, INC.
P.O. BOX 6250
MADISON, WI 53716


STONELEIGH RECOVERY ASSOCIATES, LLC
P.O. BOX 1479
LOMBARD, IL 60148


T-H PROFESSIONAL AND MED COLLECTIONS LTD
P.O. BOX 10166
PEORIA, IL 60612


WALMART/GEMB
PO BOX 530927
ATLANTA, GA 30353-0927

WFNNB
BANKRUPTCY DEPT., PO BOX 182125
COLUMBUS, OH 43218-2125


WFNNB-MAURICES
PO BOX 659705
SAN ANTNIO, TX 78265-9705

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In Re:                                                Bankruptcy Case Number: _____

**JASON LEE WARRICK and
ALEXANDRA NICHOL WARRICK**

### VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____

The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our)
knowledge.

Dated:    **October 7, 2016**

**s/JASON LEE WARRICK**
                                          Debtor
**s/ALEXANDRA NICHOL WARRICK**
                                          Joint Debtor